## EXHIBIT A

### TASKS PERFORMED BY TRUSTEE

(Describe tasks performed and results achieved in chronological order by date of commencement)

Trustee, upon acceptance of appointment, performed the following, namely:

- A. Contacted counsel for the Debtor to ascertain what property, if any, the Trustee would be required to take possession of;

- B. Conducted a 341 meeting;

- C. Retained counsel;

- D. Opened a trust account;

- E. Actively participated with counsel in the sale of assets;

- F. Invested the funds he collected in an interest bearing account;

- G. Retained accountants;

- H. Filed interim reports in this proceeding;

- I. Checked claims;

- J. Responded to inquiries from creditors and other parties in interest; and

- K. Prepared Trustee's Final Report & Account and did all things required of the Trustee in bankruptcy.