**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>E & L AUTO REBUILDERS, INC.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-11939 BG<br><br>JUDGE A. Benjamin Goldgar |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

     At:   U.S. BANKRUPTCY COURT
           219 South Dearborn, Courtroom 613
           Chicago, Illinois 60604

     on:   **May 28, 2008**
     at:   **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

     a. Receipts                              $          16,055.14

     b. Disbursements                         $           2,536.00

     c. Net Cash Available for Distribution   $          13,519.14

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| GLENN R. HEYMAN<br>(Trustee Fees) | 0.00 | $2,355.51 | |

| | | |
|---|---:|---:|
| Popowcer Katten, Ltd. (Trustee's Accountant Fees) | 0.00 | $840.00 |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Fees) | 0.00 | $8,586.00 |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Expenses) | 0.00 | $65.34 |
| Office of the U.S. Trustee (ADMINISTRATIVE) (US Trustee's Office) | 0.00 | $500.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---:|---:|---:|
| Jordan T. Hoffman (Trustee/DIP Attorney Fees) | 0.00 | $3,258.75 | |

6. Allowed secured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 2 | State of Illinois Department of | 72,503.72 | 1,172.29 |

7. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $22,803.07 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 1 | Department of the Treasury | 3,362.20 | 0.00 |
| 2 | State of Illinois Department of | 19,440.87 | 0.00 |

8. Claims of general unsecured creditors totaling $67,954.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 2 | State of Illinois Department of | $ 1,570.00 | $ 0.00 |
| 4 | Lynch Chevrolet, Inc | $ 22,938.63 | $ 0.00 |
| 5 | Lynch Chevrolet, Inc | $ 22,938.63 | $ 0.00 |
| 6 | Northwestern University | $ 20,507.56 | $ 0.00 |

9. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor has not been discharged.

12. The Trustee proposed to abandon the following property at the hearing: bank account and inventory.

Dated: **April 29, 2008**              For the Court,

                                       By: **KENNETH S. GARDNER**
                                           Kenneth S. Gardner
                                           Clerk of the United States Bankruptcy Court
                                           219 S. Dearborn Street; 7th Floor
                                           Chicago, IL  60604

Trustee:   GLENN R. HEYMAN
Address:   135 S. LaSalle Street, #3705
           Chicago, IL  60603
Phone No.: (312) 641-6777

## SERVICE LIST

**E & L AUTO REBUILDERS, INC.
06 B 11939**

Glenn R. Heyman
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603

Lois West
Popowcer Katten, Ltd.
35 East Wacker Drive, Suite 1550
Chicago, IL  60601-2207

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                  Page 1 of 1                Date Rcvd: Apr 29, 2008
Case: 06-11939                    Form ID: pdf002              Total Served: 22

The following entities were served by first class mail on May 01, 2008.
db              E & L Auto Rebuilders, Inc.,   2311 Main Street,   Evanston, IL 60202-1566
aty            +Jordan T. Hoffman,   Law Office of Jordan Hoffman,   4610 S. Ellis,   Chicago, IL 60653-3661
aty            +Jordan T. Hoffman,   Law Office of Jordan Hoffman,   4610 S. Ellis, 1N,   Chicago, IL 60653-3661
tr             +Glenn R Heyman, ESQ,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
                 Chicago, IL 60603-4101
10991572       +Auto Barn,   c/o LaSalle First Bank,   10 South LaSalle Street,   Chicago, Illinois 60603-1002
10991573        BMI Property Tax Reduction,   446 North Willis,   Suiite 323,   Chicago, Illinois 60610
10991568       +First Bank & Trust,   820 Church Street,   Evanston, Illinois 60201-3764
10992611       +First Bank & Trust,   c/o The Judicial Sales Corporation,   33 North Dearborn Street,
                 Suite 1015,   Chicago, IL 60602-3952
10992610       +First Bank & Trust,   c/o Carroll, Hartigan & Cerney,   30 North LaSalle Street,   Suite 1200,
                 Chicago, IL 60602-3390
10960748      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
                (address filed with court: Department of the Treasury,   Internal Revenue Service,
                 Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10991574       +Igor Ellagh,   c/o Simon & McKlosky,   120 West Madison,   Chicago, Illinois 60602-4103
10991570        Illinois Department of Revenue,   9511 West Harrison Street,   Chicago, Illinois 60603
10991569        Law Office of Marlin E. Kirby,   1100 West Lake Street, Suite LL38,
                 Oak Park, Illinois 60301-1034
10991575       +Lynch Auto Group,   5485 North Elston,   Chicago, Illinois 60630-1456
11022519       +Lynch Chevrolet, Inc,   Kathryn R Hoying Johnson,   and Bell Ltd,   33 W Monroe Street Ste 2700,
                 Chicago, IL 60603-5404
11240675        Marlin E. Kirby,   Law Offices of Marlin E. Kirby,   1100 West Lake Street - Suite LL38,
                 Oak Park, Illinois 60301-1034
11235163       +Northwestern University,   c/o Yelton & Kehl, Ltd,   55 West Wacker 9th Floor,
                 Chicago, IL 60601-1609
10991576        Northwestern University,   2300 Maple Street,   Evanston, Illinois 60203
11022487       +Office of the U.S. Trustee,   227 W. Monroe St,   Suite 3350,   Chicago, IL 60606-5025
10991577       +Richard Fisher,   c/o Lake Forest BAnk & Trust,   1910 Greenwood,   Evanston, Illinois 60201-3909
10991571       +State of Illinois Department of,   Employment Security,   33 South State Street,
                 Chicago, Illinois 60603-2802
10992654       +Tommy Lee Dortch, Jr,   2311 Main Street,   Evanston, IL 60202-1566
The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Glenn R Heyman, ESQ,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
                 Chicago, IL 60603-4101
                                                                                                 TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 01, 2008**            **Signature:** *Joseph Speetjens*