# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-11939 BG |
|---|---|
| Case Name: | E & L AUTO REBUILDERS, INC. |
| Taxpayer ID #: | 36-3964859 |
| Period Ending: | 08/05/08 |

| Trustee: | GLENN R. HEYMAN (330360) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****41-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/15/07 | {5} | American Auction Associates | Proceeds from Public Auction | 1129-000 | 15,000.00 | | 15,000.00 |
| 01/29/07 | 1001 | American Auction Associates, Inc. | Payment of Fees and Expenses for Auction | 3610-000 | | 2,536.00 | 12,464.00 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.00 | | 12,468.00 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.21 | | 12,474.21 |
| 03/01/07 | {7} | Marlin Kirby | Turnover of fees per Court Order | 1241-000 | 961.00 | | 13,435.21 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.10 | | 13,442.31 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.41 | | 13,449.72 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.42 | | 13,457.14 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.94 | | 13,464.08 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.66 | | 13,471.74 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.43 | | 13,479.17 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.71 | | 13,485.88 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.92 | | 13,493.80 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 7.02 | | 13,500.82 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 6.87 | | 13,507.69 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 6.17 | | 13,513.86 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.77 | | 13,516.63 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.51 | | 13,519.14 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.88 | | 13,521.02 |
| 05/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 1.52 | | 13,522.54 |
| 05/28/08 | | To Account #********4166 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 13,522.54 | 0.00 |

| | Subtotals : | $16,058.54 | $16,058.54 |
|---|---|---|---|

{} Asset reference(s)



Printed: 08/05/2008 04:00 PM    V.10.03

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-11939 BG | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|
| Case Name: | E & L AUTO REBUILDERS, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 36-3964859 | Account: | ***-*****41-65 - Money Market Account |
| Period Ending: | 08/05/08 | Blanket Bond: | $5,000,000.00 (per case limit) |
| | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 16,058.54 | 16,058.54 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 13,522.54 | |
| | | | Subtotal | | 16,058.54 | 2,536.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $16,058.54 | $2,536.00 | |

## Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-11939  BG |
|---|---|
| Case Name: | E & L AUTO REBUILDERS, INC. |
| Taxpayer ID #: | 36-3964859 |
| Period Ending: | 08/05/08 |

| Trustee: | GLENN R. HEYMAN (330360) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-******41-66 - Checking Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/28/08 | | From Account #*********4165 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 13,522.54 | | 13,522.54 |
| 05/29/08 | 101 | GLENN R. HEYMAN | Dividend paid 100.00% on $2,355.51, Trustee Compensation; Reference: | 2100-000 | | 2,355.51 | 11,167.03 |
| 05/29/08 | 102 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $840.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 840.00 | 10,327.03 |
| 05/29/08 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $6,354.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 6,354.00 | 3,973.03 |
| 05/29/08 | 104 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $65.34, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 65.34 | 3,907.69 |
| 05/29/08 | 105 | Office of the U.S. Trustee (ADMINISTRATIVE) | Dividend paid 100.00% on $500.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 500.00 | 3,407.69 |
| 05/29/08 | 106 | State of Illinois Department of Employment Security | Dividend paid 4.70% on $72,503.72, Claim# 2; Filed: $72,503.72; Reference: FEIN #036394859 | 4800-000 | | 3,407.69 | 0.00 |

| | | | | ACCOUNT TOTALS | 13,522.54 | 13,522.54 | 0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | 13,522.54 | 0.00 | |
| | | | | Subtotal | 0.00 | 13,522.54 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | NET Receipts / Disbursements | $0.00 | $13,522.54 | |

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-11939 BG |
| --- | --- |
| Case Name: | E & L AUTO REBUILDERS, INC. |
| Taxpayer ID #: | 36-3964859 |
| Period Ending: | 08/05/08 |

| Trustee: | GLENN R. HEYMAN (330360) |
| --- | --- |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****41-66 - Checking Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****41-65 | 16,058.54 | 2,536.00 | 0.00 |
| Checking # ***-*****41-66 | 0.00 | 13,522.54 | 0.00 |
| | $16,058.54 | $16,058.54 | $0.00 |